Sokhna KANE, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.

No. 09–3933.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 13, 2010.

Filed: Aug. 25, 2010.

Raymond Reza Bolourtchi, Cofman & Bolourtchi, Ladue, MO, for Petitioner.

Karen Yolanda Drummond, Richard M. Evans, U.S. Department of Justice, Washington, DC, for Respondent.

Before WOLLMAN, MELLOY and GRUENDER, Circuit Judges.

PER CURIAM.

Mauritanian citizen Sokhna Kane petitions for review of an order of the Board of Immigration Appeals (BIA) that affirmed an immigration judge's denial of her motion to reopen. After careful review, we conclude that the BIA acted within its discretion. *See Clifton v. Holder,* 598 F.3d 486, 490–91 (8th Cir.2010) (standard of review); *Tamenut v. Mukasey,* 521 F.3d 1000, 1001, 1004–05 (8th Cir.2008) (en banc) (per curiam) (reopening sua sponte); *Ghasemimehr v. Gonzales,* 427 F.3d 1160, 1162 (8th Cir.2005) (per curiam) (untimeliness); *Hernandez–Moran v. Gonzales,* 408 F.3d 496, 499–500 (8th Cir.2005) (equitable tolling). Accordingly, we deny the petition for review.